# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

__________ Division

| | |
|---|---|
| Jon F. Hyers<br>Elizabeth R. Glass<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>State of Louisiana, Governor Jeffery M. Landry<br>Louisiana Secretary of State, Nancy R. Landry<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 26-00286<br>*(to be filled in by the Clerk's Office)*<br>SECT.R MAG.3 |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jon F. Hyers / Elizabeth R. Glass |
| Street Address | 509 Houma blvd. |
| City and County | Metairie |
| State and Zip Code | 70001 |
| Telephone Number | 5044783254 / 504-657-8199 |
| E-mail Address | jonfrankiehyers@gmail.com / liddysworkegmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jeffrey M. Landry |
| Job or Title *(if known)* | Governor |
| Street Address | |
| City and County | Baton Rouge |
| State and Zip Code | LA. 70804-9004 |
| Telephone Number | 225-342-7015 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Nancy R. Landry |
| Job or Title *(if known)* | Louisiana Secretary of State |
| Street Address | P.O. Box 94125 |
| City and County | Baton Rouge |
| State and Zip Code | LA. 70804-9125 |
| Telephone Number | 225-922-2880 |
| E-mail Address *(if known)* | admin@sos.louisiana.gov |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S.C. 1983 (1A & 14A); Art.4, Sec.2; Art.1, Sec.2, Cl. 2 & 3; Art. 4, Sec. 4

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* __________, is a citizen of the State of *(name)* __________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* __________, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

b. If the defendant is a corporation

The defendant, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.
Or is incorporated under the laws of *(foreign nation)* __________, and has its principal place of business in *(name)* __________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Louisiana State Capitol, Baton Rouge, LA.

B. What date and approximate time did the events giving rise to your claim(s) occur?

01/22/2024- HB17, which became "Act 1" of the 2024, first extra legislative session, was signed into law by Gov. Landry, to take effect on 01/01/2026.
10/30/2025- SB1, which became "Act 1" of the 2025, first extra legislative session. was signed into law by Gov. Landry, taking effect, immediately, if not 'Post-Facto'.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiffs were mandated by state law, to breach the "Freedom of Association", of every potentially nominating, "Qualified Voter", for the purpose of merely 'qualifying for candidacy', to legislate for the union. Plaintiffs were further limited in the scope of time afforded, by no fewer than 35 days, to obtain, "nominating signatures", when Gov. Landry signed "Act 1 of 2025 extra session into law, on 10/30/2025. Additionally, "Nominating Qualifying forms" reflect inaccurate details related to 'unaffiliated' candidates, and are misleading for all parties concerned, including the parish "Registrar of Voters". We, (the plaintiffs) were forced to make sense of actions, that prohibited the use of our U.S. tender for qualifying as candidates. HB17, authored by J. Emerson, and signed into law as "Act 1 of 2024 extra special session", by Gov. Landry, specifically discriminates against more than 800k otherwise eligible Louisiana citizens, from participating in the 'competition of ideas', our Republic relies upon. Witnessed by Renatta Collins-

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The reputational harm done while engaging several business associates, related to their personal political affiliations and those implications, is irrecoverable. The damage to friendships, that have been subjected to having their political affiliations made known publicly, is impossible to quantify. The opportunity to legitimately engage the electorate in a competition for political ideas, is paramount to the health of our republic, and no monetary compensation can substitute for this. Being forced to breach, fellow citizens private, political beliefs has been an incredible burden, and cause for tremendous anxiety. The "requirement" to gather "wet-mark" signatures has also made it apparent how dangerous a practice it is, inherently. Compelled to acquire the signatures of citizens, their most personal "PII", and with NO obligations or guidance from the "State" related to keeping them secure, has presented an additional pressure and concern.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunctive relief: Immediate relief; reduce the required number of signatures for "nomination" to not exceed "One", in addition to candidate application for candidacy. This would make candidacy available to both plaintiffs for the 2026 General Election. Broader relief; Strike down both Acts 1 of 2024 & 2025 first extra legislative sessions, and restore the 'open general primary', to those not registered as Republican or Democratic parties, as previous schedule and fees would provide for.

Compensatory relief: $4,900.00 in Nominal damages, pocketbook expenses, lost wages, etc.

Punitive relief: $47,700.00 to aid in recovery, from reputational harm.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/09/2026

Signature of Plaintiff

Printed Name of Plaintiff John F. Hyers

### B. For Attorneys

Date of signing: ________

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/09/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Elizabeth R. Glass

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________