**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JON F. HYERS ET AL.**
**PLAINTIFF(S)**

**VERSUS**

**JEFFREY M. LANDRY ET AL.**
**DEFENDANT(S)**

**CIVIL ACTION**

**No. 26-286**

**SECTION: "R" (3)**

**RESPONSE TO ORDER**

To: Clerk's Office, 500 Poydras Street, Room C-151, New Orleans, Louisiana, 70130.

In compliance with U.S. District Court Eastern District of Louisiana ORDER, dated April 1st, 2026, the Plaintiffs hereby provide, in writing, the current physical addresses for Defendants in Civil Action: 26-286, Hyers v Landry.

Defendant, Jeffery M Landry;

Governor Jeffrey M. Landry

through the Louisiana Secretary of State,

in his official capacity

900 N. 3rd Street

Baton Rouge, LA 70802

Defendant, Nancy Landry;

Nancy Landry in her official capacity as

Louisiana Secretary of State

8585 Archives Ave.

Baton Rouge, LA 70809

(Signature)

Jon F Hyers
(Name)

509 Houma bL
(Address)

Metairie LA 70001
(City) (State) (Zip)

504 478 3254
(Telephone)

April 6th 2026
(Signature Date)

JonFrankichyers@gmail.com

(Signature)

Elizabeth Glass
(Name)

509 Houma Blvd
(Address)

Metairie LA 70001
(City) (State) (Zip)

(504) 657-8199
(Telephone)

April 6th, 2026
(Signature Date)

liddysworkg@gmail.com